IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL F. LARA,** <br> Petitioner, <br> v. <br> **MARTIN D. BITER, Warden,** <br> Respondent. | 1:13-cv-00354 MJS HC <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has consented to Magistrate Judge jurisdiction under 28 U.S.C. § 636(c). (ECF No. 6.)

The court previously stayed the action. On October 30, 2013, the Court ordered Petitioner to show cause why the stay should not be vacated for failure to pursue state relief and exhaust the claims of his petition. On November 19, 2013, Petitioner filed a response to the order to show cause explaining that he has been diligent in attempting to exhaust state remedies.

## **ORDER**

The order to show cause is DISCHARGED. Petitioner is directed to file a motion to lift the stay within 30 days of the California Supreme Court issuing a final order

resolving Petitioner's unexhausted claims. Further, Petitioner is forewarned that failure to follow this order will result in dismissal of the petition pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated:   November 20, 2013            /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE