UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL F. LARA,<br><br>           Petitioner,<br><br>      v.<br><br>MARTIN D. BITER,<br><br>           Respondent. | 1:13-cv-00354-MJS (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT<br><br>(Doc. 12) |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.   On March 24, 2014, petitioner filed an application to proceed in forma pauperis.  Due to the fact that the Court authorized petitioner In Forma Pauperis status on March 12, 2013, IT IS HEREBY ORDERED THAT Petitioner's application to proceed in forma pauperis is DISREGARDED as moot.

IT IS SO ORDERED.

Dated:   April 2, 2014                            /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE

1